IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS R. LOPEZ,

    Plaintiff,

vs.   Civ. No. 15-829 KG/LF

NEW MEXICO PUBLIC EDUCATION
DEPARTMENT, MR. PAUL AGUILAR,
MS. DENISE KOSCIELNIAK, and MR.
GABRIEL BACA,

    Defendants.

## FINAL ORDER DISMISSING LAWSUIT WITHOUT PREJUDICE

This matter comes before the Court upon the Court's May 4, 2016, Memorandum Opinion and Order. (Doc. 22). In that Memorandum Opinion and Order, the Court gave *pro se* Plaintiff fourteen days from the date of the filing of the Memorandum Opinion and Order "to file an amended complaint which sets forth the legal bases for his claims including a brief description of what legal claim he is bringing under each count and citation to the statute or law giving rise to that count." *Id.* at 2-3. The Court further informed Plaintiff that "failure to file an amended complaint as ordered will result in the dismissal of the complaint without prejudice." *Id.* at 3. Plaintiff has not filed an amended complaint as the Court ordered.

THEREFORE, IT IS ORDERED that this lawsuit is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE